UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA
*EX REL.* DR. JESSE POLANSKY,

            Plaintiffs,

v.

PFIZER, INC.,

           Defendant.
------------------------------X

Civil Action No.
CV 04-0704

(Korman, J.)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 30 2007 ★

## THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id. Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a

Case 1:04-cv-00704-ERK-ALC   Document 17   Filed 08/30/07   Page 2 of 2

later date. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

ROSLYNN R. MAUSKOPF
United States Attorney

By: _____
Susan Riley
Paul Kaufman
Assistant United States Attorneys
(718) 265-6037/6047

JOYCE R. BRANDA
DANIEL R. ANDERSON
SANJAY M. BHAMBHANI
Commercial Litigation Branch, Civil Division
United States Department of Justice
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20004

Dated: August 10, 2007