# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL. EX REL. DR. JESSE POLANSKY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 04-CV-0704 (ERK) (ALC) |
| PFIZER, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff-Relator Dr. Jesse Polansky                                          .

Date:    10/16/2009

/s/ Kirk E. Chapman
*Attorney's signature*

Kirk E. Chapman (KC7371)
*Printed name and bar number*

Milberg LLP
One Pennsylvania Plaza
New York, New York  10119-0165

*Address*

kchapman@milberg.com
*E-mail address*

(212) 594-5300
*Telephone number*

(212) 868-1229
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL. ) <br> EX REL. DR. JESSE POLANSKY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> PFIZER, INC., ) <br> ) <br> ) <br> Defendant. ) | 04-CV-0704 (ERK) (ALC) <br><br> **CERTIFICATE OF SERVICE** |

    I certify that on October 16, 2009, I electronically filed the following documents with the Clerk of the Court for the Eastern District of New York using the CM/ECF system:

**Appearance of Counsel**

Covington & Burling
Adam B. Siegel
620 Eighth Avenue
New York, NY 10018-1405
asiegel@cov.com
Telephone: (212) 841-1000
Facsimile: (212) 841-1010

Mr. Sanjay M. Bhambhani
United States Dept. of Justice
Fraud Section, Civil Division
601 D St., N.W. Rm. 9140
Washington, D.C. 20004
Sanjay.Bhambhani@usdoj.gov
Telephone: (202) 307-0275
Facsimile: (202) 616-6085

Mr. Paul Kaufman
Assistant United States Attorney
United States Attorneys Office
Eastern District of New York
One Pierrepont Plaza
Brooklyn, N.Y. 11201
Paul.Kaufman@usdoj.gov
Telephone: (718) 254-7000
Facsimile: (718) 254-6479

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
Mark F. Cheffo
Four Times Square
New York, New York 10036
mark.cheffo@skadden.com
Telephone: (212) 735-3000
Facsimile: (917) 777-2183

*Attorneys for Defendant Pfizer Inc.*

Dated:    October 16, 2009

                            Respectfully submitted,

                            MILBERG LLP

               By:    /s/ Kirk Chapman
                            Kirk E. Chapman
                            Rolando Marquez
                            One Pennsylvania Plaza, 48th Floor
                            New York, New York  10119
                            212-594-5300 - Telephone
                            212-868-1229 - Facsimile
                            kchapman@milberg.com
                            rmarquez@milberg.com
                            ***Counsel for Plaintiff***