UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————x
UNITED STATES OF AMERICA, ET AL., EX ) No. 04 CV 0704 (ERK) (ALC)
REL. DR. JESSE POLANSKY, )
 )
                            Plaintiff, ) **STIPULATION AND**
 ) **[PROPOSED] ORDER**
       vs. )
 ) ORIGINAL TO FILED BY ECF
PFIZER, INC., )
                         Defendant. )
 )
———————————————————————x

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE AND RESPOND TO FIFTH AMENDED COMPLAINT**

This Stipulation is entered into by and among the parties hereto, through their respective undersigned attorneys, with reference to the following facts:

WHEREAS, on August 13, 2009, this Court entered a stipulation and proposed order (Dkt. 68) allowing until November 11, 2009 for Plaintiff to retain new counsel in connection with the dismissed false claims counts and to file a Fifth Amended Complaint;

WHEREAS, on September 29, 2009, Plaintiff retained new counsel, Milberg LLP, in connection with the dismissed false claims counts and to file a Fifth Amended Complaint;

WHEREAS, on October 6, 2009, Plaintiff's new counsel filed a Motion to Substitute Counsel (Dkt. 72) to appear in the action and replace Plaintiff's former counsel, Hagens Berman Sobol Shapiro LLP and Jonathan Willens, Esq., as counsel of record for Plaintiff in connection with the dismissed false claims counts and to file a Fifth Amended Complaint, and further request that the Court withdraw his former counsel in this action;

WHEREAS, on October 13, 2009, this Court entered an order granting Plaintiff's Motion to Substitute Counsel;

WHEREAS, Plaintiff's new counsel require time to undertake a diligent review of the materials in this large and complex case in order to prepare and file a Fifth Amended Complaint;

WHEREAS, the parties have agreed that Plaintiff shall have an additional sixty (60) days from November 11, 2009 to file a Fifth Amended Complaint;

WHEREAS, the parties have further agreed that Pfizer shall have sixty (60) days from the date of service of any Fifth Amended Complaint to answer, move, or otherwise respond; and

WHEREAS, the parties have further agreed that Pfizer shall not be required to answer, at this time, to the remaining claims in the Fourth Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED that:

1.  Pfizer need not answer at this time the claims in the Fourth Amended Complaint;

2.  Plaintiff shall have until January 11, 2010, to serve and file a Fifth Amended Complaint; and

3.  Pfizer shall have sixty (60) days from the date of service of any Fifth Amended Complaint to answer, move, or otherwise respond to the Complaint.

- 3 -

| DATED: October 22, 2009<br>New York, New York | DATED: October 22, 2009<br>New York, New York |
|---|---|
| MILBERG LLP | SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP |
| By:  /s/ *Kirk E. Chapman*<br>      Kirk E. Chapman | By:  /s/ *Mark S. Cheffo*<br>      Mark S. Cheffo |
| One Pennsylvania Plaza<br>New York, New York  10119-0165<br>Tel:  212.594.5300<br>Fax: 212.868.1229 | Four Times Square<br>New York, New York 10036<br>Tel:  (212) 735-3000 |
| *Attorneys for Plaintiff-Relator Dr. Jesse Polansky* | *Attorneys for Defendant Pfizer, Inc.* |

BANTLE & LEVY LLP
Lee F. Bantle
817 Broadway
New York, NY 10003
Tel:  (212) 228-9666

*Attorneys for Plaintiff-Relator Dr. Jesse Polansky*

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATE:     October 22, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————x
                                                              )
UNITED STATES OF AMERICA, ET AL., EX  )    No. 04 CV 0704 (ERK) (ALC)
REL. DR. JESSE POLANSKY,              )
                                                              )
                              Plaintiff,      )
                                                              )
      vs.                                          )    ORIGINAL FILED BY ECF
                                                              )
PFIZER, INC.,                                  )
                                                              )
                              Defendant.  )
                                                              )
———————————————————————x

## CERTIFICATE OF SERVICE

    I, Rolando G. Marquez, hereby certify that on October 22, 2009, I electronically filed the following documents with the Clerk of the Court for the Eastern District of New York using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER; and
CERTIFICATE OF SERVICE**

which will send notification of such filing to the attorneys listed below:

Mark F. Cheffo, Esq.
SKADDEN, ARPS, SLATE, MEAGHER &
    FLOM, LLP
Four Times Square
New York, New York 10036
mark.cheffo@skadden.com
Tel:  (212) 735-3000
Fax:  (917) 777-2183

*Attorneys for Defendant Pfizer Inc.*

Erin E. Argo, Esq.
Assistant United States Attorney
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
erin.argo@usdoj.gov
Tel:  718-254-6049
Fax:  718-254-7489

*Attorneys for the United States*

Sanjay M. Bhambhani, Esq.
United States Dept. of Justice
Fraud Section, Civil Division
601 D St., N.W. Rm. 9140
Washington, D.C. 20004
Sanjay.Bhambhani@usdoj.gov
Tel:  (202) 307-0275
Fax:  (202) 616-6085

By:   */s/ Rolando G. Marquez*

Rolando G. Marquez
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY  10119-0165
Tel:  (212) 594-5300
Fax:  (212) 868-1229

*Attorneys for Plaintiff-Relator Dr. Jesse Polansky*