**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 19 2010 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA ET AL. ex rel. Dr. Jesse Polansky,<br><br>　　　　Plaintiff and Relator<br><br>　　v.<br><br>PFIZER,<br><br>　　　　Defendant. | Civil Action No. 04-CV-0704 (ERK)(ALC)<br><br>Judge Edward Korman<br><br><br><br>**ADMISSION TO PRACTICE**<br>***PRO HAC VICE*** |

### ORDER ADMITTING ATTORNEY JENNIFER M. VERKAMP *PRO HAC VICE*

The motion for admission to practice *pro hac vice* submitted in accordance with Local Civil Rule 1.3.(c), in the above-captioned matter, is granted. The admitted attorney, Jennifer M. Verkamp, is permitted to argue or try this particular case in whole or in part as counsel, and shall abide by the provisions of the Local Rules of this Court in all respects and be subject to the disciplinary jurisdiction of the Court in accordance with Local Civil Rule 1.5.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket.

**SO ORDERED.**

Dated: March 17, 2010

s/Andrew L. Carter, Jr.
United States ~~District~~ Judge
Mag.

- 1 -