FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 1 5 2010 ★

BROOKLYN OFFICE

COURTESY COPY
Original E-filed as
Document # ~~88~~

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, ET AL.    )
EX REL. DR. JESSE POLANSKY,         )
                                    )
                                    )
                      Plaintiff,    )
                                    )
          -against-                 )
                                    )
PFIZER, INC.,                       )
                                    )
                                    )
                      Defendant.    )
                                    )

04 CV 0704 (ERK) (ALC)

**STIPULATION AND
[PROPOSED] ORDER**

ORIGINAL TO BE FILED BY ECF

This Stipulation is entered into by and among the parties hereto, through their respective undersigned attorneys, with reference to the following facts:

WHEREAS, on January 5, 2010, this Court entered a stipulation and proposed order extending Plaintiff's time to file the Fifth Amended Complaint to February 10, 2010, and setting Pfizer's deadline to answer, move, or otherwise respond to the claims of the Fifth Amended Complaint as April 12, 2010;

WHEREAS, on February 10, 2010, Plaintiff Dr. Polansky **filed** a Fifth Amended Complaint in the above referenced action;

WHEREAS, on March 23, 2010, this Court entered a stipulation and proposed order extending Pfizer's time to answer, move, or otherwise respond to the claims of the Fifth Amended Complaint to June 11, 2010;

WHEREAS, Pfizer has requested that Plaintiff agree to a one-week extension for it to answer, move, or otherwise respond to the claims of the Fifth Amended Complaint, to June 18, 2010, and Plaintiff has consented to such an extension;

IT IS HEREBY STIPULATED AND AGREED that:

Pfizer's time to answer, move, or otherwise respond to the claims of the Fifth Amended

Complaint should be extended up to and including June 18, 2010.

Date:   June 11, 2010
        New York, New York

MILBERG LLP

By: /s/ Kirk E. Chapman
    Kirk E. Chapman

One Pennsylvania Plaza, 49th Floor
New York, NY 10119
(212) 594-5300
KChapman@milberg.com

*Attorneys for Plaintiff-Relator Polansky*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM, LLP

By: /s/ Mark S. Cheffo
    Mark S. Cheffo

Four Times Square
New York, NY 10036
(212) 735-3000
Mark.Cheffo@skadden.com

*Attorneys for Defendant Pfizer Inc*

SO ORDERED:

s/Edward R. Korman
UNITED STATES MAGISTRATE JUDGE

Date: 6 | 14 | 10

2