IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL. EX REL. DR. JESSE POLANSKY, <br><br> Plaintiff, <br><br> -v.- <br><br> PFIZER, INC., <br><br> Defendant. | No. 04 CV 0704 (ERK) (ALC) <br><br> **NOTICE OF MOTION TO DISMISS COUNTS I AND III THROUGH XIX OF THE FIFTH AMENDED COMPLAINT** <br><br> Original Filed By ECF |

PLEASE TAKE NOTICE that, upon the Declaration of Mark S. Cheffo dated June 18, 2010, and the exhibits thereto, the accompanying Memorandum of Law, and all prior papers and proceedings herein, Defendant Pfizer Inc, by and through its undersigned counsel, will move this Court, before The Honorable Edward R. Korman, at the United States Courthouse, Courtroom 8A South, 225 Cadman Plaza East, Brooklyn, New York 11201, as soon as counsel may be heard, for an order (1) dismissing with prejudice Counts I and III through XIX of the Fifth Amended Complaint, and (2) granting such other and further relief as the Court deems just and proper.

Date:   June 18, 2010
        New York, New York

                                    SKADDEN, ARPS, SLATE,
                                      MEAGHER & FLOM LLP

                                    By: /s/ Mark S. Cheffo
                                        Mark S. Cheffo

                                    Four Times Square
                                    New York, NY 10036
                                    Tel.: (212) 735-3000
                                    Fax: (212) 735-2000
                                    Mark.Cheffo@skadden.com

                                    *Attorneys for Defendant Pfizer Inc*