IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL. EX REL. DR. JESSE POLANSKY, <br><br>Plaintiff,<br><br>-v.-<br><br>PFIZER, INC.,<br><br>Defendant. | No. 04 CV 0704 (ERK) (ALC)<br><br>**DECLARATION OF MARK S. CHEFFO**<br><br>Original Filed By ECF |

I, Mark S. Cheffo, declare and state as follows:

1. I am an attorney admitted to practice before this Court and a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendant Pfizer Inc. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of the Prescribing Information for Lipitor, as approved by the Food and Drug Administration in June 2009.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 18th day of June, 2010.

/s/ Mark S. Cheffo
Mark S. Cheffo