SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE
NEW YORK 10036-6522
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEWARK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
212 735-2183
DIRECT FAX
917 777-2183

July 20, 2010

**FILED VIA ECF**
Magistrate Judge Andrew L. Carter, Jr.
United States Courthouse
225 Cadman Plaza, East, Rm. N505
Brooklyn, New York  11201

Re:  *United States of America, et al.* ex rel. *Dr. Jesse Polansky v. Pfizer, Inc.*, No. 04-cv-0704-ERK-ALC

Dear Magistrate Judge Carter:

We represent Defendant Pfizer Inc in the above-referenced matter. We are writing to request an adjournment of the Initial Conference, which is currently scheduled for July 22, 2010, until after the completion of briefing on Pfizer's Motion to Dismiss Counts I and III through XIX of the Fifth Amended Complaint [Docket No. 90].  Pursuant to a Stipulation and Order entered by the Court on July 2, 2010 [Docket No. 94], briefing on Pfizer's motion is scheduled to be completed on September 24, 2010.  We have conferred with counsel for Plaintiff-Relator and they have advised that they do not object to an adjournment of the Initial Conference until after the completion of briefing on Pfizer's motion.

Accordingly, Pfizer respectfully requests that Your Honor adjourn the Initial Conference, scheduled for July 22, 2010, until after the completion of briefing on Pfizer's Motion to Dismiss.

Respectfully,

Mark S. Cheffo